IT IS SO ORDERED:

_____
David N. Hurd
United States District Judge

Dated: June 2, 2015
Utica, NY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

SHANNON M. WESTMORELAND,

    Plaintiff,

v.

J.M. MURRAY CENTER, INC.,

    Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Civil Action No. 5:14-CV-1280
(DNH/ATB)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, attorneys for Plaintiff and Defendant, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, and no party hereto is in the military service of the United States or of any state, the above entitled action be, and the same hereby is, dismissed in its entirety with prejudice as between all parties, without interest, costs, attorneys' fees, expenses or disbursements to any party as against another party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: May 29, 2015

**BOND, SCHOENECK & KING, PLLC**

By: _____
Caroline M. Westover, Esq.
Suzanne M. Messer, Esq.

One Lincoln Center
Syracuse, NY 13202
(315) 218-8636
*Attorneys for Defendant*

**LEGAL SERVICES OF CENTRAL NY**

_____
James Williams, Esq.
Samuel Young, Esq.

472 South Salina Street
Syracuse, NY 13202
(315) 703-6533
*Attorneys for Plaintiff*

2497189.3